IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KARLISS LYTTLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 06-559-DRH |
| | ) |
| **UNKNOWN PARTIES,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

On September 5, 2006, the Court ordered Plaintiff to pay the $350 filing fee for this action or, in the alternative, to file a motion to proceed in forma pauperis. He was given 30 days to comply, and he was warned that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Following Plaintiff's failure to respond to that order in the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to pay the filing fee and for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

October 27, 2006      By:    /s/    David   RHerndon
*Date*                                               *District Judge*